Re in the Matter of Peggy Joyce McCARRELL, Respondent.
(447 S.E. (2d) 840)

Supreme Court

June 30, 1994.

### ORDER

Respondent is an attorney licensed to practice law in South Carolina. She petitions to be transferred to the disability inactive status under Paragraph 19, Rule 413, SCACR.

IT IS ORDERED that the petition is granted and Respondent is transferred to disability inactive status until petition of Respondent for reinstatement and until further Order of this Court.

/s/ David W. Harwell C.J.
/s/ A. Lee Chandler A.J.
/s/ Ernest A. Finney, Jr. A.J.
/s/ Jean H. Toal A.J.
/s/ James E. Moore A.J.